IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| MARQUIS B. WEST,<br><br>Plaintiff,<br><br>v.<br><br>SAM OLENS, ET AL.,<br><br>Defendants. | CIVIL ACTION NO.: 6:16-cv-38 |

## **ORDER**

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 12), to which Plaintiff filed Objections, (doc. 5). Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court and **OVERRULES** Plaintiff's Objections.

The Court **DISMISSES** Plaintiff's Complaint, **DISMISSES as moot** Plaintiff's Motion for Judicial Notice of Adjudicated Facts, **DENIES** Plaintiff's Motions for Temporary Restraining Order, and **DENIES** Plaintiff leave to proceed *in forma pauperis* on appeal. The Court **DIRECTS** the Clerk of Court to enter an appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 1ST day of August, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA